**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Norman J. Davis**
**Nikki M. Turner**
  Debtor(s)

Bankruptcy Case No.: 17−22242−GLT

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Rosemary C. Crawford is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: September 20, 2017

Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-22242-GLT
Norman J. Davis                                                       Chapter 7
Nikki M. Turner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: admin              Page 1 of 1              Date Rcvd: Sep 20, 2017
                               Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
db/jdb         +Norman J. Davis,    Nikki M. Turner,   1315 Orangewood Ave.,   Pittsburgh, PA 15216-3815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
          Douglas G. Hipp    on behalf of Joint Debtor Nikki M. Turner twohipp4u@hotmail.com
          Douglas G. Hipp    on behalf of Debtor Norman J. Davis twohipp4u@hotmail.com
          James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7